UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERYL B., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No. 1:20-cv-02025-JMS-TAB |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| *Defendant*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the decision of the Administrative Law Judge, and **REMANDS** this matter for further proceedings pursuant to 42 U.S.C. §§ 405(g) and 1383(c).

Date: 8/30/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**